IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAIN DICKEY-O'BRIEN,

    Petitioner,                    No. CIV S-07-1241 WBS KJM P

    vs.

JAMES A. YATES,

    Respondent.               ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 10, 2008, the magistrate judge filed findings and recommendations with respect to petitioner's June 27, 2007 motion for a stay.  The findings and recommendations were served on petitioner and petitioner was informed that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  After conducting that review, the court will adopt in part and reject in part the January 10, 2008 findings and recommendations.

1  Petitioner's objections clarify that he seeks habeas relief based upon two claims.
2 See Pet. at 11.  Petitioner has exhausted state court remedies with respect to his first claim (Pet.
3 at 2, 3 & 11), but not as to his second (Pet. at 5, 6 & 11).  Petitioner asks the court to stay this
4 matter so that he may exhaust state court remedies as to his second claim.  Because petitioner's
5 second claim is potentially meritorious and because he has adequately explained why he did not
6 exhaust state court remedies sooner (see Findings and Recommendations at 2:8-19), the court
7 will grant petitioner's June 27, 2007 motion for stay.  See Rhines v. Weber, 544 U.S. 269, 278
8 (2005).

9  Accordingly, IT IS HEREBY ORDERED that:

10  1. The findings and recommendations (docket no. 12), are adopted in part and
11 rejected in part as set forth herein;

12  2. Petitioner's motion for a stay (docket no. 6) is granted;

13  3. This matter is stayed;

14  4. The Clerk of the Court shall administratively close this case; and

15  5. Petitioner is ordered to inform the court that he has exhausted state court
16 remedies within ten days of exhaustion.

17 DATED: March 14, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/dick1241.804hc