IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAIN DICKEY-O'BRIEN,** | CIV S-07-1241 WBS KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES A. YATES, et al.,** | |
| Respondents. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including July 28, 2008.

Dated: June 26, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1